MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:    3/26/26_____

**WILMERHALE**

**BY ECF**

March 26, 2026

**Tamar Kaplan-Marans**

+1 212 230 8809 (t)
+1 212 230 8888 (f)
tamar.kaplan-marans@wilmerhale.com

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Dodge v. Mereo BioPharma Group plc et al.*, 1:26-cv-00988

Honorable Judge Carter:

Counsel for Plaintiff Megan Dodge ("Plaintiff") and counsel for Defendants Mereo BioPharma Group plc, Denise Scots-Knight, and John A. Lewicki (collectively, "Defendants," and together with Plaintiff, the "Parties") jointly submit this letter in the above-referenced action. Pursuant to Rule 1(D) of the Court's Individual Practices, the Parties write to request an extension of time for Defendants to answer or otherwise respond to Plaintiff's putative Class Action Complaint (the "Complaint") (ECF No. 1) as described below.

On February 4, 2026, Plaintiff filed the Complaint against Defendants in the above-refenced action, alleging violations of Section 10(b) and 20(a) of the Exchange Act of 1934 and Rule 10b-5, promulgated thereunder. On March 2, 2026, Defendants executed waivers of service of the summons and Complaint, and their deadline to answer or otherwise respond to the Complaint is currently May 1, 2026, under Federal Rule of Civil Procedure 4(d)(3).

This case is a putative class action, and the Complaint asserts federal securities claims that are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and its procedures for the appointment of lead plaintiff and lead counsel. *See* 15 U.S.C. § 78u-4(a)(3). The PSLRA requires a plaintiff who commences a securities class action to publish a notice that advises members of the putative class of the pendency of the action and their right to move the Court to serve as lead plaintiff of the putative class not later than sixty days after the date on which the notice is published. *See* 15 U.S.C. § 78u-4(a)(3)(A). The statutory deadline for putative class members to file lead plaintiff motions is April 6, 2026. Because it is unclear at this time who will ultimately have the authority to act on behalf of the putative class as lead counsel, and whether the court-appointed lead plaintiff will file an amended complaint, a consolidated complaint, or stand on the Complaint filed herein, the Parties respectfully request an adjournment of any deadline for Defendants to answer or otherwise respond to the Complaint until after: (i) the lead plaintiff is appointed and the lead counsel is approved by the Court pursuant to the PSLRA; and (ii) the lead plaintiff identifies or files an operative complaint.

Subject to the Court's approval, the Parties have agreed that after the entry of an order by the Court appointing a lead plaintiff and approving lead counsel pursuant to 15 U.S.C. § 78u-

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

WILMERHALE

The Honorable Andrew L. Carter, Jr.
March 26, 2026
Page 2

4(a)(3)(B), lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of an amended complaint, and a briefing schedule for Defendants' anticipated motion to dismiss.  Lead plaintiff and Defendants shall submit a joint stipulation with a proposed schedule for the filing of an amended complaint and Defendants' responses thereto no later than fourteen (14) business days following the appointment of a lead plaintiff.  Defendants shall have no obligation to move, answer or otherwise respond to the Complaint until the date ordered by the Court after it receives the proposed schedule.  This agreement is entered into without prejudice to any party seeking any interim relief, and nothing in this agreement shall be construed as a waiver of any of the Parties' rights or defenses in this action.

This is the first request to the Court by the Parties for an extension of time for Defendants to answer or otherwise respond to the Complaint, and the requested extension does not affect any other scheduled dates.

In light of the foregoing, the Parties respectfully request that the Court grant this letter motion to extend the time for Defendants to answer or otherwise respond to the Complaint as set forth above.

Respectfully submitted,

/s/ Tamar Kaplan-Marans
Michael G. Bongiorno
Tamar Kaplan-Marans
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com
tamar.kaplan-marans@wilmerhale.com

Counsel for Defendants Mereo BioPharma Group plc, Denise Scots-Knight, and John A. Lewicki

/s/ Adam M. Apton
Adam M. Apton
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com

Counsel for Plaintiff Megan Dodge

GRANTED. Defendants' time to answer or otherwise respond to adjourned *sine dine* pending appointment of lead counsel and the parties' submission of a joint proposed schedule for the filing of an amended complaint.  The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 12.

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 26, 2026
New York, NY