USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/8/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **MEGAN DODGE,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**MEREO BIOPHARMA GROUP PLC ET AL,**<br><br>**Defendants.** | **1:26-cv-00988** (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On April 6, 2026, a motion to appoint Megan Dodge to serve as lead plaintiff was filed. *See* ECF No. 14. That same day a separate motion was filed to appoint Biran Elliot to serve as lead plaintiff. *See* ECF No. 17. The Court hereby **ORDERS** that any opposition by Plaintiff, Movant, or Defendants, to the motions to appoint a lead plaintiff and counsel should be filed by **April 22, 2026.** Any reply to such opposition should be filed by **April 29, 2026.**

**SO ORDERED.**

Dated:    **April 8, 2026**
          **New York, New York**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**