**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MEGAN DODGE,** | |
| **Plaintiff,** | |
| **-against-** | |
| **MEREO BIOPHARMA GROUP PLC ET AL,** | |
| **Defendants.** | |

**1:26-cv-00988 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On April 6, 2026, a motion to appoint Megan Dodge to serve as lead plaintiff was filed. *See* ECF No. 14. That same day a separate motion was filed to appoint Brian Elliot to serve as lead plaintiff. *See* ECF No. 17. The Court thereafter ordered that any opposition by Plaintiff, Movant, or Defendants, to the motions to appoint a lead plaintiff and counsel should be filed by April 22, 2026. *See* ECF No. 19. On April 22, 2026, Plaintiff Megan Dodge filed a notice of non-opposition to the competing motion for Brian Elliot to be appointed as lead plaintiff and approve selection of counsel. *See* ECF No. 20.  No opposition was otherwise filed regarding Movant Brian Elliot's motion. As such, the Court will enter a separate order granting Brian Elliot's motion to be appointed as lead plaintiff. Accordingly, the Court hereby **DENIES** Plaintiff Megan Dodge's motion to serve as lead plaintiff. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 14.

**SO ORDERED.**

**Dated:    April 29, 2026**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**